PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alejandro Alameda                                Cr.: 2:07CR853
                                                                    PACTS Number: 39104

Name of Assigned Judicial Officer: Judge Dickinson R. Debevoise, Sr. U.S.D.J.

Date of Original Sentence: 12/10/04

Original Offense: Possession of Machine guns, Making a Machine gun, Possession of Unregistered Destructive Devices

Original Sentence: 37 months imprisonment, 3 years supervised release, S/A $400, Fine $500

Type of Supervision: Supervised Release                Date Supervision Commenced: 9/14/07

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

Subsequent to his sentencing, this offender indicated that he had a previous suicide attempt and suicidal ideations. He was referred to the Human Growth Center in Clifton, New Jersey for an evaluation. It was recommended that he enroll in individual counseling sessions.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 3/5/09

PROB 12B - Page 2
Alejandro Alameda

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 12, 2009
_____
Date